JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DIAZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JBT AEROTECH CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04522-SVW-AFM<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: August 4, 2022

_____
Hon. Stephen V. Wilson